IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS GRAY** *Petitioner* | : : : | CIVIL ACTION NO. 14-4902 |
| v. | : : | |
| **THERESA DELBIASO,** *et al.* *Respondents* | : : | |

# O R D E R

**AND NOW**, this 30th day of June 2017, upon consideration of the pleadings and record herein, and after careful consideration of the *Report and Recommendation* submitted by United States Magistrate Judge Carol Sandra Moore Wells, [ECF 13], and Petitioner's *objections* thereto, [ECF 20], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that:

1. The *Report and Recommendation* is **APPROVED** and **ADOPTED**.
2. Petitioner's objections are **OVERRULED**.
3. Petitioner's petition for a writ of *habeas corpus* is **DENIED**.
4. There is no probable cause to issue a certificate of appealability.

The Clerk of Court is directed to **CLOSE** this matter.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*